AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.785.6814 Fax: 310.201.2314

LEE T. SILVER (Michigan SBN P-36905)
(*Pro Hac Vice* Application Pending)
ltsilver@silvervanessen.com
SILVER & VANESSEN, P.C.
300 Ottawa Ave NW, Suite 620
Grand Rapids, MI 49503
Telephone: 616-988-5600 Fax: 616-988-5606

Attorneys for Plaintiff
THE INTERNATIONAL SOCIETY OF
PRIMERUS LAW FIRMS, LTD.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS, LTD., a Michigan Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PRIMERUS FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company,,<br><br>　　　　　Defendant. | Case No. **'15CV0195 JAH MDD**<br><br>**COMPLAINT FOR:**<br><br>**FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. Section 1114(1));**<br><br>**FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. Section 1125(a));**<br><br>**UNFAIR BUSINESS PRACTICES (CAL. BUS. & PROF. CODE SECTIONS 17200 *et. seq.*);**<br><br>**TRADEMARK AND TRADE NAME INFRINGEMENT (CAL. BUS. & PROF. CODE SECTIONS 14335; 14402);**<br><br>**TRADEMARK INFRINGEMENT – CALIFORNIA COMMON LAW; and**<br><br>**UNFAIR COMPETITION – CALIFORNIA COMMON LAW** |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71908-00002/2327742.3

CASE NO._____
COMPLAINT

1   Plaintiff, The International Society of Primerus Law Firms, LTD., by its

2   attorneys, Silver & Van Essen, P.C. and Greenberg Glusker LLP, states the

3   following as its complaint for trademark infringement and unfair competition

4   against the Defendant, Primerus Financial Services, LLC:

## I.

## THE PARTIES

7       1.    Plaintiff, The International Society of Primerus Law Firms, LTD.

8   (hereinafter "Plaintiff" or "Primerus"), is a Michigan corporation with its principal

9   place of business at 171 Monroe Ave., Suite 750, Grand Rapids, Michigan 49503,

10  doing business in California and elsewhere in the United States since at least as

11  early as 1992 under the trade name PRIMERUS and the federally registered and

12  incontestable mark PRIMERUS.

13      2.    Plaintiff is informed and believes, and on that basis alleges, that the

14  Defendant, Primerus Financial Services, LLC (hereinafter "Defendant"), is a

15  Delaware limited liability company, with its principal place of business at 26440 La

16  Alameda, Suite 350, Mission Viejo, California 92691.  Defendant currently

17  conducts business as Primerrus Financial Services.

18      3.    Plaintiff is informed and believes, and on that basis alleges, that

19  Defendant markets, offers for sale, and sells its products and services in the United

20  States, including to residents of the State of California and this District.

## II.

## JURISDICTION AND VENUE

23      4.    This is a claim for trademark infringement and unfair competition,

24  under Title 15, U.S.C. Sections 1051, *et seq.*, (the "Lanham Act"), as well as under

25  California statutory and common law.

26      5.    This Court has subject matter jurisdiction over Plaintiff's federal

27  claims in this action pursuant to 28 U.S.C. Sections 1331 and 1338 (a)-(b), and

28  supplemental jurisdiction over the state law and common law claims pursuant to 28

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71908-00002/2327742.3

1

CASE NO._____
COMPLAINT

U.S.C. Section 1367(a).

6.      This Court has personal jurisdiction over the Defendant, and venue is proper in the Southern District of California pursuant to 28 U.S.C. Section 1391(b)-(c) because, on information and belief, Defendant has its principal place of business in California and this District, Defendant directly and indirectly conducts business in California and this District, Defendant has a continuous, systematic, and substantial presence within California and this District, Defendant has purposely availed itself of conducting business in California, and Defendant has committed acts of trademark infringement and unfair competition in California and this District, which acts form a substantial part of the events or omissions giving rise to Plaintiff's claims.  In this regard, Plaintiff is informed and believes, and on that basis alleges that Defendant directly and indirectly markets, advertises, promotes, offers for sale and has sales of its products and services in California and in this District.

### III.

### FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS
### Primerus' Longstanding and Exclusive Trademark Rights

7.      Primerus is an international society of the world's best small and mid-size boutique law firms.  Primerus currently consists of approximately 170 member law firms (nine of which are located in California) with 2,500 attorneys in 40 countries that have expertise in hundreds of specialties and subspecialties, including a wide variety of financial matters such that many Primerus members routinely provide advice on financial matters and services.  Through this vast network, Primerus serves as a global legal team, whose member firms work together to meet the needs of clients seamlessly and efficiently throughout the United States, and throughout the world.  In addition to serving as a global legal team, Primerus produces publications in the field of law, provides continuing legal education seminars and conferences, and engages in extensive media advertising to not only

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

market its services and promote the Primerus name, but also to restore honor and dignity to the legal profession and to help rebuild the public's trust in lawyers and the judicial system.

8.    Since at least as early as 1991, Primerus has been using the trademark PRIMERUS in connection with high quality legal services, which it provides through a wide variety of disciplines and specialties, including counseling on a broad array of financial matters and services.

9.    Primerus offers clients access to the world's finest attorneys by going to great lengths to seek out, screen, and regularly audit its member firms to make sure that only the highest-quality law firms who adhere to the Primerus Six Pillars (Integrity, Excellent Work Product, Reasonable Fees, Continuing Legal Education, Civility, and Community Service) are entitled to call themselves members of Primerus.

10.    To even be eligible for consideration as a member of Primerus, law firms in the United States must be "AV" rated, which is the highest rating given by Martindale-Hubbell, the independent peer review rating source that rates lawyers for their legal ability and ethics.  Firms considered for membership who are "AV" rated then undergo an extensive investigation by Primerus, including attorney background checks, a review of references from local judges, attorneys, and clients, and an analysis of a firm's malpractice history.  Once this extensive investigation is completed, an independent accreditation board formed by Primerus has the final word on whether a firm is admitted to Primerus.  Moreover, firms that are admitted to Primerus are audited every year to ensure that they continue to meet Primerus' high standards.  Primerus utilizes this rigorous screening process so that its clients know that when they hire a Primerus law firm, they will get excellent representation and advice.

11.    As discussed in this Complaint, Primerus' federally-registered trademarks and common law trademark rights in the Primerus trademarks are

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

collectively referred to as "PRIMERUS" or the "Mark."

12.     Only after a law firm has passed the rigorous screening process established by Primerus, is the law firm accepted into Primerus and granted a license to use its Mark.  This stringent quality control over its members and the services being offered under the PRIMERUS trademark preserves and protects the valuable trademark rights of Primerus.  These stringent quality control procedures also ensure that all goods and services bearing, being offered or advertised under, or that are associated with the PRIMERUS trademark, will be identified by consumers of legal services as high quality services that emanate from, or are licensed, sponsored, approved and/or authorized by Primerus.

13.     Over the years, Primerus has spent a considerable amount of time and millions of dollars in establishing and promoting the PRIMERUS Mark throughout the United States and internationally through its website (www.primerus.com), television advertising, radio advertising, print advertising, brochures, trade shows, and other means.  Likewise, the Mark has been promoted by licensees of Primerus throughout the United States and internationally on an extensive and frequent basis in a variety of media, including, without limitation television, radio, and the Internet.

14.     The PRIMERUS Mark is inherently distinctive, arbitrary and fanciful. As a result of the substantial use and promotion by Primerus and its licensees of the PRIMERUS Mark, the Mark has acquired tremendous goodwill and great value as a specific identifier of the services provided by Primerus and serves to distinguish the services provided by Primerus from that of others.  As such, the PRIMERUS Mark has acquired secondary meaning in the minds of relevant members of the public as a symbol of the high quality of Primerus' goods, services and goodwill.

15.     The success, value, and goodwill of the PRIMERUS Mark is reflected in an article about Primerus that was published by the Wall Street Journal, which compared Primerus to the "Good Housekeeping Seal of Approval" for law firms.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

16.     In addition to its common law trademark rights, Primerus owns numerous registrations for the PRIMERUS Mark across numerous categories of goods and/or services.  The registrations owned by Primerus include the following:

| MARK | U.S. REG. NO. | DATE REGISTERED |
|---|---|---|
| PRIMERUS | 1718664 | September 22, 1992 |
| PRIMERUS | 4351212 | June 11, 2013 |
| PRIMERUS | 4351214 | June 11, 2013 |
| PRIMERUS | 4351213 | June 11, 2013 |
| PRIMERUS | 4444531 | December 3, 2013 |

17.     The above registrations are owned by Primerus, were duly issued in compliance with law, and are valid and subsisting.  Further, the registration by Primerus of PRIMERUS mark Registration No. 1718644, has become incontestable pursuant to 15 U.S.C. Section 1065.  Copies of the above registrations are attached as Exhibit A.

18.     Since at least as early as 1991, the use by Primerus of the PRIMERUS Mark in interstate commerce has been continuous and exclusive.

**Defendant's Unauthorized and Infringing Conduct**

19.     Defendant represents itself to the public as a full-service financial advisory firm that provides "strategic solutions for Corporations and high-net worth individuals."

20.     Defendant claims that it creates "sustainable and profitable corporations" and that it provides "planning for the success and growth of your business" and "estate planning vehicles."

21.     Defendant also claims that it "prides itself on providing the best client service in the industry and understands that servicing the client and reacting quickly to changing client demands is the cornerstone to a successful business.  Caretaking ongoing client needs and attention to detail is a core philosophy which permeates Primerrus' business philosophy.  At Primerrus, we view the closing of any single

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

transaction as the starting point of the ongoing support in helping the client reach their strategic goals."

22.    Defendant also claims that it works closely with attorneys by stating on its website that attorneys "look to Primerrus Financial Services solutions for their client."

23.    At no time has Primerus ever given Defendant a license, permission, or authority to use or display the PRIMERUS Mark in connection with any of Defendant's products or services.

24.    Without permission or consent from Primerus, Defendant offered for sale, marketed, and sold its products and services under the name "Primerus Financial Services."

25.    As a result, on February 3, 2014, Primerus' attorney sent a cease and desist letter to Defendant via certified mail and email.

26.    Since Defendant never responded to the cease and desist letter sent by Primerus' attorney on February 3, 2014, Primerus' attorney sent another letter via certified mail and email to Defendant on February 19, 2014 regarding Defendant's improper use of the PRIMERUS Mark.

27.    Although Defendant never responded to either the February 3, 2014 cease and desist letter, or the February 19, 2014 letter sent by Plaintiff regarding the improper use of the PRIMERUS Mark, Defendant subsequently changed the spelling of its business from "Primerus" to "Primerrus."  Similarly, the Defendant changed its website address to www.primerrus.com.

28.    Consequently, without the permission or consent of Primerus, Defendant has been offering for sale, marketing, and selling its products and services under the name "Primerrus Financial Services."

29.    Primerus has not consented to or authorized Defendant to use its PRIMERUS Mark, nor the Primerus trade, domain, and corporate names for any products or services.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

30.   The use by Defendant of a mark that is virtually identical and confusingly similar to Plaintiff's PRIMERUS Mark in connection with Defendant's marketing and sale of its products and services is likely to cause confusion and mistake in the minds of the public and relevant consumers, is likely to damage, tarnish, and dilute Plaintiff's Mark, and tends to and does falsely create the impression that Defendant's services that are offered under the "Primerrus" name originate from or are authorized, sponsored, or approved by Plaintiff when they are not, and there is no association or affiliation between Plaintiff and Defendant whatsoever.

31.   Although explicitly advised of Plaintiff's PRIMERUS Mark and trade name, the Defendant has refused to cease doing business under the name "Primerrus."  Thus, the activities of Defendant complained of herein constitute willful and intentional infringement of Plaintiff's PRIMERUS trademark, are in total disregard of Plaintiff's rights, have continued despite Defendant's knowledge that the use of Plaintiff's Mark, or a virtually identical imitation thereof, is in direct contravention of Plaintiff's rights.

32.   As a direct and proximate result of Defendant's unlawful conduct as set forth above, Plaintiff has suffered, and will continue to suffer, irreparable injury to its PRIMERUS Mark and its Primerus trade, domain and corporate names, as well as irreparable injury to the goodwill and business reputation associated with Plaintiff's PRIMERUS Mark and the Primerus trade, domain and corporate names, which are exclusively associated with a single source – Plaintiff Primerus.

33.   Unless Defendant is enjoined and restrained by this Court from engaging in the unlawful conduct described above, Plaintiff will suffer irreparable injury.

///

///

///

CASE NO._____
COMPLAINT

# FIRST CAUSE OF ACTION

## (FEDERAL TRADEMARK INFRINGEMENT – 15 U.S.C. Section 1114(1))

34.     Plaintiff incorporates paragraphs 1 through 33 as though the same were fully set forth herein.

35.     The above acts of the Defendant, including the Defendant's wrongful use of the name "Primerrus" or "Primerrus Financial Services" constitutes trademark infringement of Plaintiff's federally registered PRIMERUS Mark in violation of section 32(1) of the Lanham Act, 15 U.S.C. Section 1114(1).

36.     Defendant has used and continues to use a virtually identical and confusingly similar designation and name to Plaintiff's PRIMERUS Mark and the Primerus trade, domain, and corporate name in connection with the sale, offering for sale, or advertising of related products or services, without authorization from Plaintiff, causing a likelihood of confusion, mistake and deception of the public, which is harming consumers and Plaintiff.

37.     Defendant's conduct has been knowing, deliberate, reckless and willful.

38.     As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has been, and will continue to be, irreparably harmed, injured and/or damaged by Defendant's wrongful acts, and such harm, injury and/or damage will continue unless Defendant's conduct is enjoined by this Court.

39.     Defendant's actions have caused monetary damages to Plaintiff in an amount not yet determined.

40.     Defendant's acts were in conscious and willful disregard of Plaintiff's federal trademark rights, and the resulting damage to Plaintiff warrants treble damages and the recovery of attorneys' fees and costs.

///

///

///

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## SECOND CAUSE OF ACTION

## (FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT – 15 U.S.C. Section 1125(a))

41.     Plaintiff incorporates paragraphs 1 through 40 as though the same were fully set forth herein.

42.     The above acts by Defendant constitute unfair competition and false designation or origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. Section 1125(a).

43.     Defendant is unfairly competing with Plaintiff by virtue of Defendant's unauthorized use of Plaintiff's PRIMERUS trademark and a name that is virtually identical to Plaintiff's trade, domain, and corporate name in interstate commerce to sell, offer for sale, and promote its counseling and financial services, which falsely lead consumers to believe that Defendant's products and services are somehow affiliated or associated with, originate from, or are sponsored or approved by Plaintiff, when they are not.

44.     Defendant has in effect misinformed the marketplace that Defendant's services are the services of Plaintiff or that Plaintiff's PRIMERUS product or service offerings are affiliated or associated with the Defendant.  These misrepresentations were made in commercial advertising or promotion of Defendant's business, products and services, and are false and/or misleading and do not properly represent the nature or characteristics of Defendant's products or services.

45.     Defendant's use of a virtually identical and confusingly similar designation and name to Plaintiff's PRIMERUS Mark and the Primerus trade, domain, and corporate name has actually deceived and/or has the tendency to deceive a substantial segment of the consuming public and the marketplace, and has impaired Plaintiff's goodwill and reputation.

CASE NO._____
COMPLAINT

46. Defendant's actions were done with knowledge and/or reckless disregard, and with the intent to cause confusion and to mislead and deceive the public and these statements have actually deceived or have a tendency to deceive a substantial segment of the public.

47. The above acts of the Defendant have injured and damaged Plaintiff.

48. Plaintiff has no adequate remedy at law. Defendant's conduct, as described herein, has caused and, if not enjoined, will continue to cause irreparable damage to Plaintiff. As a result of Defendant's conduct, Plaintiff is entitled to injunctive relief and damages.

49. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered and is entitled to monetary damages in an amount not yet determined.

50. Defendant's acts were in conscious and willful disregard of Plaintiff's trademark and trade names, and the resulting damage to Plaintiff warrants treble damages and attorneys' fee and costs.

### THIRD CAUSE OF ACTION

### (UNFAIR BUSINESS PRACTICES – CAL. BUS. & PROF. CODE SECTIONS 17200 *et. seq.*)

51. Plaintiff incorporates paragraphs 1 through 50 as though the same were fully set forth herein.

52. The above acts and practices of Defendant are likely to mislead the general public and, thereby constitute unfair and fraudulent business practices and unfair, deceptive, untrue, and misleading advertising in violation of California Business and Professions Code Sections 17200 *et. seq.* Defendant's conduct caused injury to Plaintiff resulting in loss of money or property and caused injury in fact to Plaintiff resulting in loss of money or property.

53. Plaintiff is entitled to relief against Defendant, including full restitution and/or disgorgement of all profits and benefits that may have been

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   obtained by Defendant as a result of such unfair, deceptive, and/or fraudulent

2   business practices.

3       54.    As a direct and proximate result of Defendant's unlawful conduct,

4   Plaintiff has been and will continue to be harmed, injured and/or damaged by

5   Defendant's wrongful acts, and such harm, injury and/or damage will continue

6   unless Defendant's conduct is enjoined by this Court.

7   <u>**FOURTH CAUSE OF ACTION**</u>

8   **(TRADEMARK AND TRADE NAME INFRINGEMENT – CAL. BUS.**

9   **& PROF. CODE SECTIONS 14335 and 14402)**

10      55.    Plaintiff incorporates by reference paragraphs 1 through 54 as though

11  the same were fully set forth herein.

12      56.    The above acts and practices of Defendant constitute trademark

13  infringement in violation of California Business and Professions Code Section

14  14335 and trade name infringement under California Business and Professions

15  Code Section 14402.  Defendant's conduct caused injury to Plaintiff resulting in

16  loss of money or property and caused injury in fact to Plaintiff resulting in loss of

17  money or property.

18      57.    Defendant has used and will continue to use the PRIMERUS

19  designation and trade name and/or a virtually identical and confusingly similar

20  designation and trade name in order to promote its products, services, and business

21  for the purpose of enhancing the commercial value of, or selling or soliciting

22  purchases of, Defendant's counseling and financial advisory products and services.

23      58.    As a direct and proximate result of Defendant's unlawful conduct,

24  Plaintiff has been and will continue to be harmed, injured, and/or damaged by

25  Defendant's wrongful acts, and such harm, injury and/or damage will continue

26  unless Defendant's conduct is enjoined by this Court.

27  ///

28  ///

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

# FIFTH CAUSE OF ACTION

## (TRADEMARK INFRINGEMENT – CALIFORNIA COMMON LAW)

59.     Plaintiff incorporates by reference paragraphs 1 through 58 as though the same were fully set forth herein.

60.     In addition to its rights under the Lanham Act, Plaintiff also has valid and existing common law rights in California with respect to its PRIMERUS Mark.

61.     This separate and independent cause of action under California state common law is between the same parties and is based on the same operative facts as set forth in the prior causes of action.  The above acts of Defendant constitute trademark infringement under California common law.

62.     By willfully and intentionally using a confusingly similar mark to Plaintiff's PRIMERUS Mark in connection with the sale, offering for sale, distribution or advertising of financial counseling and advisory services, without authorization from Plaintiff, Defendant is deliberately, intentionally, and willfully infringing Plaintiff's rights in its PRIMERUS Mark.

63.     Defendant's infringing conduct has caused and is likely to continue to cause confusion, mistake, and deception among the relevant consuming public and trade as to the origin and quality of Plaintiff's products and services, and has harmed Plaintiff's good will and reputation.

64.     Defendant has been and is likely to continue to be unjustly enriched by Defendant's infringing conduct.

65.     As a direct and proximate result of Defendant's unlawful, deliberate, and willful conduct, Plaintiff has been, and will continue to be, harmed, injured, and/or damaged, and such harm, injury and/or damage will continue unless Defendant's conduct is enjoined by the Court.

# SIXTH CAUSE OF ACTION

## (UNFAIR COMPETITION – CALIFORNIA COMMON LAW)

66.     Plaintiff incorporates by reference paragraphs 1 through 65 as though

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

12

CASE NO._____
COMPLAINT

the same were fully set forth herein.

67.     The above acts of the Defendant constitute unfair competition under California common law.

68.     Defendant's use of Plaintiff's PRIMERUS Mark and name, or the use of a virtually identical and confusingly similar mark and name, in connection with the advertising, promotion, offering for sale, and/or sale of financial counseling and services, without Plaintiff's authorization, is likely to cause confusion as to the source of the services offered by Plaintiff and Defendant in that clients and the public will be likely to associate the services offered by Plaintiff and Defendant when no such association or affiliation exists, all to the detriment of Plaintiff.

69.     The above acts of the Defendant were and continue to be willful and malicious and undertaken with the deliberate intent to mislead the public and injure the business of Plaintiff.  Plaintiff should therefore be awarded exemplary damages based upon common law unfair competition principles.

70.     As a direct and proximate result of Defendant's unlawful, willful conduct, Plaintiff has been, and will continue to be, harmed, injured, and/or damaged, and such harm, injury, and/or damage will continue unless Defendant's conduct is enjoined by this Court.

71.     Plaintiff is entitled to relief against Defendant, including full restitution and/or disgorgement of all profits and benefits that may have been obtained by Defendant as a result of such unfair competition.

72.     Defendant's conduct is willful, wanton, malicious, oppressive, and in conscious disregard of Plaintiff's rights in its PRIMERUS trademark and name, justifying punitive and exemplary damages under California Civil Code Section 3294.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

1.     Enter a preliminary and permanent injunction enjoining the Defendant,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  and its successors, officers, agents, and employees, and anyone acting in concert
2  with or at the behest or direction of Defendant, from using a confusingly similar
3  designation to Plaintiff's PRIMERUS Mark or trade name, or any designation that
4  is likely to cause confusion, mistake, deception, or public misunderstanding as to
5  the identity or origin of Plaintiff's products or services or their connection to or
6  affiliation with Defendant, or from otherwise infringing upon Plaintiff's Mark or
7  competing unfairly with Plaintiff.

8          2.      Enter an order requiring that all products, labels, packaging, wrappers,
9  signs, prints, banners, posters, or other advertising, marketing, or other promotional
10 materials bearing a confusingly similar designation to Plaintiff's PRIMERUS Mark
11 or the Primerus trade name, be disabled, removed, and destroyed, along with the
12 means for making the same, and that all Internet websites, online advertising,
13 marketing, promotions, or other online materials bearing the "Primerus" or
14 "Primerrus" designation in any form or manner by Defendant be disabled, removed,
15 and destroyed.

16         3.      Enter an order declaring that Defendant's unauthorized use of a mark
17 and trade name that is confusingly similar to Plaintiff's PRIMERUS trademark or
18 the Primerus trade name infringes on Plaintiff's trademark and trade name rights.

19         4.      Declare that Defendant's conduct was knowing, intentional, and
20 willful.

21         5.      Award Plaintiff compensation for any and all damages, injury, or harm
22 incurred as a result of Defendant's wrongful conduct.

23         6.      Order full restitution and/or disgorgement of all profits and benefits
24 that may have been obtained by Defendant as a result of its wrongful conduct.

25         7.      Award Plaintiff treble damages resulting from Defendant's willful and
26 intentional conduct.

27         8.      Award Plaintiff punitive and exemplary damages.

28         9.      Award Plaintiff its costs of this action and reasonable attorneys' fees

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

against Defendant.

      10.    Award Plaintiff pre-judgment interest and post-judgment interest in the maximum amount permitted by law.

      11.    Award any and all such additional relief in favor of Plaintiff that this Court deems just and proper or to which Plaintiff may be entitled.

DATED:  January 29, 2015          GREENBERG GLUSKER FIELDS
                                 CLAMAN & MACHTINGER LLP

By: /s/ Aaron J. Moss
      AARON J. MOSS (SBN 190625)

LEE T. SILVER
SILVER & VANESSEN, P.C.
(Michigan SBN P-36905)
(*Pro Hac Vice* Application Pending)

Attorneys for Plaintiff THE
INTERNATIONAL SOCIETY OF
PRIMERUS LAW FIRMS, LTD.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

CASE NO._____
COMPLAINT

# EXHIBIT  A

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100 and 101

Reg. No. 1,718,664

## United States Patent and Trademark Office
Registered Sep. 22, 1992

## SERVICE MARK
### PRINCIPAL REGISTER

## PRIMERUS

PRIMERUS CORPORATION (MICHIGAN COR-
 PORATION)
600 FREY BUILDING, 300 OTTAWA N.W.
GRAND RAPIDS, MI 49503

FOR: PREPARATION AND MEDIA PLACE-
MENT OF ADVERTISING FOR LAW FIRMS
AND LAWYERS; AND LAW FIRM AND
LAWYER PRACTICE DEVELOPMENT SERV-
ICES; NAMELY, CLIENT REFERRALS,
PUBLIC RELATIONS, MARKETING CONSULT-
ING, AND MARKET RESEARCH, IN CLASS 35
(U.S. CL. 101).

FIRST USE 8-8-1991; IN COMMERCE
8-8-1991.
FOR: ASSOCIATION SERVICES; NAMELY,
PROMOTING THE INTERESTS OF LAW
FIRMS AND LAWYERS, IN CLASS 42 (U.S. CL.
100).
FIRST USE 8-8-1991; IN COMMERCE
8-8-1991.

SER. NO. 74–235,987, FILED 1–8–1992.

LALITHA MANI, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# PRIMERUS

**Reg. No. 4,351,212**

**Registered June 11, 2013**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS, LTD. (MICHIGAN CORPORATION)
SUITE 750
171 MONROE AVENUE NW
GRAND RAPIDS, MI 49503

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-29-2010; IN COMMERCE 10-29-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-566,943, FILED 3-12-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



*Teresa Stewart Rea*

Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PRIMERUS

**Reg. No. 4,351,214**
**Registered June 11, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS, LTD. (MICHIGAN
CORPORATION)
SUITE 750
171 MONROE AVENUE NW
GRAND RAPIDS, MI 49503

FOR: LAWYER REFERRALS; ASSOCIATION SERVICES, NAMELY, PROMOTING THE
INTERESTS OF LAW FIRMS AND LAWYERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-566,957, FILED 3-12-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# PRIMERUS

**Reg. No. 4,351,213**
**Registered June 11, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS, LTD. (MICHIGAN
   CORPORATION)
SUITE 750
171 MONROE AVENUE NW
GRAND RAPIDS, MI 49503

FOR: PROVIDING CONTINUING LEGAL EDUCATION SEMINARS AND CONFERENCES
AND DISTRIBUTION OF EDUCATIONAL MATERIALS IN CONNECTION THEREWITH,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-566,952, FILED 3-12-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# PRIMERUS

**Reg. No. 4,444,531**

**Registered Dec. 3, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS, LTD. (MICHIGAN CORPORATION)
SUITE 750
171 MONROE AVENUE NW
GRAND RAPIDS, MI 49503

FOR: ELECTRONIC PUBLICATIONS, NAMELY, MAGAZINES IN THE FIELD OF LAW AND CONTINUING LEGAL EDUCATION THAT ARE DOWNLOADABLE; DOWNLOADABLE ELECTRONIC EDUCATIONAL MATERIALS, NAMELY, TEXT FILES AND IMAGE FILES IN THE FIELDS OF LAW AND CONTINUING LEGAL EDUCATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-566,961, FILED 3-12-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office